Date signed December 17, 2013



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| TERRY GRANT | * | Case No. | 13-27861PM |
| | * | Chapter | 13 |
| | * | | |
| Debtor(s) | * | | |

**MEMORANDUM TO DEBTOR**

     The Debtor commenced this case by the filing of a voluntary petition on October 22, 2013. A Deficiency Notice was issued by the court on October 23, 2013, advising that the voluntary petition required amendment. The Debtor was given until November 6, 2013, to cure the defect. The defect was not cured. On November 15, 2013, an Order to Show Cause was issued requiring the Debtor to show cause, if any there be, by November 29, 2013, in a writing filed with the court, why this case should not be dismissed for failure to complete required filings. To date, the Debtor has not responded to the Order to Show Cause. On December 6, 2013, the Chapter 13 Trustee filed a motion to dismiss this case as the Debtor failed to appear at the scheduled meeting of creditors.

Accordingly, the Debtor is directed to contact to the Chapter 13 Trustee to reschedule the meeting of creditors.  Further, by **January 7, 2014**, the Debtor shall cure all defects by filing the following:

- ☐ Amended Voluntary Petition
- ☐ Chapter 13 Plan
- ☐ Certificate of mailing Chapter 13 Plan to all creditors
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form 22C)
- ☐ Schedules A - J and Declaration
- ☐ Statement of Financial Affairs
- ☐ Summary of Schedules

**FAILURE BY THE DEBTOR TO COMPLY WITH THIS MEMORANDUM WILL RESULT IN THE DISMISSAL OF THIS CASE.**

cc:   Terry Grant aka Terry Lee Grant
      11683 Henley Court
      Waldorf, MD 20602

      Trustee
      Timothy P. Branigan
      P.O. Box 1902
      Laurel, MD 20725-1902

**End of Memorandum**